UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Troy Healthcare, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Nutraceutical Corporation, a Delaware corporation, et al.,<br><br>Defendants. | CASE NO. C11-844-RSM<br><br>ORDER ON MOTIONS |

This matter comes before the Court upon Defendants' Motion to Expedite Briefing Schedule of Motion to Extend Deadline to Respond to Motion for Preliminary Injunction (Dkt. #28) and Defendants' Motion for Extension of Time to Respond to Motion for Preliminary Injunction (Dkt. #30). For the reasons set forth below, Defendants' motions are denied.

Plaintiff sells over-the-counter topical analgesics under the STOPAIN® mark. Defendants have begun selling an over-the-counter topical analgesic product called DROPAIN. On May 18, 2011, Plaintiffs filed a complaint and motion for temporary restraining order, alleging infringement of Plaintiff's trade dress, trademarks, and false advertising. Dkt. #s 1 & 4.

ORDER ON MOTIONS - 1

1 | The Court determined that Plaintiff's Motion for a Temporary Restraining Order and attached
2 | declarations did not fulfill the requirements for issuance of a temporary restraining order and that
3 | it would be premature to grant Plaintiff's motion without allowing Defendants an opportunity to
4 | be heard in opposition. Dkt. #23. It thereby converted the motion for temporary restraining
5 | order to a motion for preliminary injunction and set a hearing for June 2, 2011. *Id.* It also set
6 | forth an expedited briefing schedule.

7 | Defendants have filed a motion for extension of time to respond to Plaintiffs' motion for
8 | preliminary injunction. Dkt. #30. They have also filed a motion to expedite the briefing
9 | schedule of their motion for an extension of time. Dkt. #28. In accordance with Local Rule
10 | 7(d)(2), both motions are noted for Friday, June 3, 2011. There is no mechanism under the Local
11 | Rules for the Court to consider either of Defendants' motions prior to the preliminary injunction
12 | hearing, scheduled on Thursday, June 2, 2011. Accordingly, the Court cannot grant the relief
13 | requested. The Court hereby DENIES Defendants' motions.

14 | …

15 | Dated May 20, 2011.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTIONS - 2